IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| SHELIA ANNETTE WOMACK, ) | |
| ) | Case No. 4:09CV00011 |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| MEMORIAL FAMILY CARE, INC., ) | |
| ) | By: Jackson L. Kiser |
| Defendant. ) | Senior United States District Judge |
| ) | |

Before me is the Defendant's Motion for Summary Judgment [30] and the Defendant's Motion to Dismiss [32]. For the reasons stated on the record in open court and in the accompanying Memorandum Opinion, the Defendant's Motion for Summary Judgment is **GRANTED**. In light of this Order, I consider the Defendant's Motion to Dismiss to be moot. Judgment is entered for the Defendant, and the Clerk will strike the case from the docket.

The Clerk is directed to send a copy of this Order and accompanying Memorandum Opinion to all counsel of record and the Plaintiff.

Entered this 28th day of September, 2009.

s/Jackson L. Kiser<br>
Senior United States District Judge

1